# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**BILLY N. CULBERTSON,**                                                                 **PLAINTIFF**
**ADC #076385**

**V.**                     **CASE NO. 2:19-CV-27-DPM-BD**

**BILL COWELL,** *et al*.                                                            **DEFENDANTS**

## **ORDER**

Summonses for Defendants Armstrong, Phitzner, and Cowell have been returned to the Court unexecuted with notations indicating that these individuals are "medical staff." (Docket entries #9, #10, #11)

Accordingly, the Clerk of Court is directed to prepare summonses for Defendants Armstrong, Phitzner, and Cowell. The U.S. Marshal is directed to serve copies of the complaint and the amended complaint, with any attachments (#2, #5), as well as summonses for these Defendants, without requiring prepayment of fees and costs or security. Service for these Defendants should be through Humphries, Odom & Eubanks, 1901 Broadway Street, Little Rock, Arkansas 72206.

IT IS SO ORDERED, this 18th day of April, 2019.

_____
UNITED STATES MAGISTRATE JUDGE