# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

BILLY N. CULBERTSON
ADC #076385                                                              PLAINTIFF

v.                              No. 2:19-cv-27-DPM-BD

BILL COWELL, Medical Director,
Grimes Unit; SHELIA ARMSTRONG,
Medical Grievance Officer, Grimes Unit;
TAMMY CANARD, Chronic Care, Grimes
Unit; KELLY PFITZNER,* Medical
Records, Grimes Unit; ARIC SIMMONS,
APN, Grimes Unit; and BRENDA
BRIDGEMAN, Director of Nursing,
Grimes Unit                                                             DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Deere's unopposed partial recommendation, № 36. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Pfitzner's motion to dismiss, № 30, is partly granted and partly denied. Culbertson's claims against Pfitzner arising before March 2016 are dismissed with prejudice.

---

* The Court directs the Clerk to change of spelling of Pfitzner's name on the docket. № 30.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

*12 September 2019*