IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

BILLY N. CULBERTSON
ADC #076385                                                    PLAINTIFF

v.                     No. 2:19-cv-27-DPM-BD

BILL COWELL, Medical Director,
Grimes Unit; SHELIA ARMSTRONG,
Medical Grievance Officer, Grimes Unit;
TAMMY CANARD, Chronic Care, Grimes
Unit; KELLY PFITZNER, Medical
Records, Grimes Unit; ARIC SIMMONS,
APN, Grimes Unit; and BRENDA
BRIDGEMAN, Director of Nursing,
Grimes Unit                                                    DEFENDANTS

ORDER

The Court adopts Magistrate Judge Deere's careful and unopposed partial recommendation, № 55. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Defendants' motion for partial summary judgment, № 50, is partly granted and partly denied. Culbertson may proceed with the claims listed in Magistrate Judge Deere's conclusion, № 55 at 10–11. All other claims are dismissed without prejudice; and Defendants Canard and Pfitzner are dismissed as Defendants.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

7 January 2020