# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

BILLY N. CULBERTSON
ADC #076385                                                                PLAINTIFF

v.                              No. 2:19-cv-27-DPM

BILL COWELL, Medical Director,
Grimes Unit;  SHELIA ARMSTRONG,
Medical Grievance Officer, Grimes Unit;
ARIC SIMMONS, APN, Grimes Unit;
and BRENDA BRIDGEMAN, Director
of Nursing, Grimes Unit                                                   DEFENDANTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Ervin's careful recommendation, *Doc. 86*, and overrules Culbertson's objections, *Doc. 87*. FED. R. CIV. P. 72(b)(3). Culbertson claims that Defendants were selective about what medical records they submitted. *Doc. 87 at 2*. But Culbertson's many pages of grievances don't contradict those records or show deliberate indifference. *Doc. 85*. Defendants' motion for summary judgment, *Doc. 80*, is therefore granted; and Culbertson's motion, *Doc. 68*, is denied. Culbertson's remaining claims will be dismissed with prejudice.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

4 October 2021