IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

BILLY N. CULBERTSON
ADC #076385                                                            PLAINTIFF

v.                          No. 2:19-cv-27-DPM

BILL COWELL, Medical Director,
Grimes Unit;  SHELIA ARMSTRONG,
Medical Grievance Officer, Grimes Unit;
TAMMY CANARD, Chronic Care, Grimes
Unit;  KELLY PFITZNER, Medical
Records, Grimes Unit;  ARIC SIMMONS,
APN, Grimes Unit;  and BRENDA
BRIDGEMAN, Director of Nursing,
Grimes Unit                                                            DEFENDANTS

## JUDGMENT

1. Culbertson's claims against Pfitzner arising before March 2016 are dismissed with prejudice.

2. The nine claims addressed in the final recommendation, *Doc. 86 at 2–3*, are dismissed with prejudice.

3. All other claims are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

4 October 2021